

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00698-CR

Kaleb Robert **FAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11118
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The reporter's record was due December 27, 2018, but it was not filed. On January 4, 2019, this court notified Erminia Uviedo by letter that she is the court reporter responsible for timely filing the reporter's record. Our letter directed Ms. Uviedo to file the record by February 4, 2019, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case she was required to file a notice so advising the court by January 14, 2019. Ms. Uviedo did not file a timely notification of late record and has not filed the reporter's record.

We therefore **order Erminia Uviedo** to file the record in this court by **February 25, 2019** (60 days after the original due date). Ms. Uviedo is advised that the court will not grant a further extension of time unless she files, before the due date, a motion that (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline. Ms. Uviedo is further advised that if the record is not received by the date ordered, we may order her to appear and show cause why she should not be held in contempt.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court